**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Crim. No.: MJM-26-0030** |
| **AURELIO LUIS PEREZ-LUGONES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * *

## ORDER

As discussed on the record during the conference call on August 25, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant shall file a sealed and *ex parte* memorandum regarding anticipated defenses no later than **Tuesday, October 6, 2026,** accompanied by a motion to seal;
2. A sealed and *ex parte* hearing with Defendant and his counsel is scheduled for **Tuesday, October 13, 2026, at 10:30 a.m.**; and
3. A sealed and *ex parte* hearing with the Government is scheduled for **Tuesday, October 13, 2026, at 2:00 p.m.**

It is so ORDERED this 25th day of August, 2026.

/S/
Matthew J. Maddox
United States District Judge